HALL v. LEHIGH VALLEY R. CO. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) In the matter of the claim of John Hall for compensation under the Workmen's Compensation Law (Consol. Laws, c. 67) against the Lehigh Valley Railroad Company, employer.

PER CURIAM. Award affirmed, upon the authority of Matter of Winfield, 168 App. Div. 351, 153 N. Y. Supp. 499.

SMITH, P. J., dissents. KELLOGG, J., not sitting.

HAMELSTEIN v. CAROLA. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Mary Hamelstein against Nicholas Carola. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

In re HAMILTON PLACE SCHOOL SITE IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 22, 1915.) In the matter of the school site at Hamilton Place, between 140th and 141st streets, in city of New York. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HAND v. VON CLAUSSEN. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by John Baldwin Hand against Ida Von Claussen. No opinion. Motion to dismiss appeal denied, without costs. Order filed. See, also, 155 N. Y. Supp. 1112.

HAND, Respondent, v. VON CLAUSSEN, Appellant. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by John Baldwin Hand against Ida Von Claussen. A. A. Wheat, of New York City, for appellant. R. B. Hand, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed. See, also, 155 N. Y. Supp. 1112.

HART v. NORMAN. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Action by Frieda Hart against Mark W. Norman. No opinion. Application denied, with $10 costs. Order signed. See, also, 155 N. Y. Supp. 238.

In re HARTLEY. (Supreme Court, Appellate Division, First Department. November 19, 1915.) In the matter of Frank Hartley, deceased. No opinion. Decree (90 Misc. Rep. 534, 154 N. Y. Supp. 921) affirmed, with costs. Order filed.

HEALY, Respondent, v. MANHATTAN & QUEENS TRACTION CORPORATION, Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1915.) Action by Ellen Healy against the Manhattan & Queens Traction Corporation. No opinion. Judgment and order unanimously affirmed, with costs.

HEITZ v. RUPPERT et al. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) In the matter of the claim of. Gustav Heitz for compensation under the Workmen's Compensation Law (Consol. Laws, c. 67) against Jacob Ruppert, employer, and the Brewers' Mutual Indemnity Insurance Company, insurance carrier.

PER CURIAM. Award affirmed.

LYON, J., dissents.

HENNESSY, Respondent, v. SCHUBERT PIANO CO., Appellant. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Action by Dennis B. Hennessy against the Schubert Piano Company. Wesselman & Kraus, of New York City, for appellant. L. Lowenstein, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HENRY, Respondent, v. CITY OF SARATOGA SPRINGS, Appellant. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) Action by Louis Henry against the City of Saratoga Springs. No opinion. Motions denied. See, also, 155 N. Y. Supp. 942.

HENRY STEERS, Inc., Respondent, v. HEWLETT BAY CO., Appellant. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Henry Steers, Incorporated, against the Hewlett Bay Company. A. T. Davidson, of New York City, for appellant. C. T. Terry, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HENSLE, Respondent, v. EDISON ELECTRIC ILLUMINATING CO. OF BROOKLYN, Appellant. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Appeal from Trial Term, New York County. Action by Barbara Hensle, as administratrix, against the Edison Electric Illuminating Company of Brooklyn. From a judgment for plaintiff, and denial of new trial, defendant appeals. Reversed and remanded. Edward W. Hatch, of New York City, for appellant. Joseph Fennelly, of New York City, for respondent.

PER CURIAM. We think, upon the evidence, that the finding that the deceased was free from contributory negligence is not sustained. The judgment and order appealed from are therefore reversed, the finding that the deceased was not guilty of contributory negligence is reversed, and a new trial ordered, with costs to appellant to abide the event. Order filed.

INGRAHAM, P. J., and CLARKE, J., dissent, and vote for affirmance.

HERRMAN, Respondent, v. JEFFE et al., Appellants. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by James S. Herrman against Jeanette C. Jeffe and another. G. W. Whiteside, of New York City, for appellants. R. T. Greene, of New York City, for respondent. No opinion.